PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P. BOBBY SHUKLA, ESQ. (STATE BAR NO. 229736)
PRICE AND ASSOCIATES
1617 Clay Street
Oakland, CA  94612
Telephone:  (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JORITA ADANANDUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORITA ADANANDUS,<br><br>                Plaintiff,<br><br>vs.<br><br>SAFWAY SCAFFOLDING COMPANY, et al.,<br><br>                Defendants. | NO. 05-02488 EDL<br><br>**STIPULATION AND ORDER RE: PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Pursuant to Federal Rules of Civil Procedure 15(a), the parties to the above-entitled action stipulate to the following:

   1.   Plaintiff may file and serve a Second Amended Complaint with the Court on October 13, 2005.

   2.   Defendants shall file a responsive pleading to the Plaintiff's Second Amended Complaint on or before October 19, 2005.

   3.   All deadlines previously set by the Court will remain intact.  The parties have met the first deadlines set by the Court by submitting a Stipulation and Proposed Order Selecting ADR Process on September 27, 2005.  Plaintiff served initial disclosures on October

11, 2005.  Defendants will serve initial disclosures shortly after filing their responsive pleading.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October 13, 2005 | PRICE AND ASSOCIATES |

                                                   /s/ P. Bobby Shukla
                                       P. BOBBY SHUKLA, Attorneys for Plaintiff
                                       JORITA ADANANDUS

Dated: October 13, 2005                      JACKSON LEWIS, LLP

                                               /s/ Scott Oborne
                                       SCOTT OBORNE, Attorneys for Defendants
                                       SAFWAY SCAFFOLDING COMPANY,
                                       OSIA LNU, and EDWIN ASCENIO

## ORDER

Pursuant to the foregoing stipulation of the parties, **IT IS HEREBY ORDERED** that:

1.      Plaintiff may file and serve a Second Amended Complaint with the Court on October 13, 2005.

2.      Defendants shall file a responsive pleading to Plaintiff's Second Amended Complaint on or before October 19, 2005.

3.      All deadlines previously set by the Court will remain intact.

Dated: October 24, 2005                                   
                                                      ELIZABETH D. LAPORTE
                                                      U.S. MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*