PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P. BOBBY SHUKLA, ESQ. (STATE BAR NO. 229736)
PRICE AND ASSOCIATES
1617 Clay Street
Oakland, CA  94612
Telephone:  (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JORITA ADANANDUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORITA ADANANDUS,<br><br>          Plaintiff,<br><br>vs.<br><br>SAFWAY SCAFFOLDING COMPANY, et al.,<br><br>          Defendants. | NO. C05-02488 EDL<br><br>**STIPULATION AND ORDER RE: PLAINTIFF'S THIRD AMENDED COMPLAINT** |

Pursuant to Federal Rules of Civil Procedure 15(a), the parties to the above-entitled action stipulate that Plaintiff may file and serve a Third Amended Complaint with the Court on November 10, 2005.

Dated: November 10, 2005                    PRICE AND ASSOCIATES

                                                                 /s/ P. Bobby Shukla
                                                            P. BOBBY SHUKLA, Attorneys for Plaintiff
                                                            JORITA ADANANDUS

Dated: November 10, 2005                                    JACKSON LEWIS, LLP

                                                       /s/ Scott Oborne
                                        SCOTT OBORNE, Attorneys for Defendants
                                        SAFWAY SCAFFOLDING COMPANY,
                                        OSIA LNU, and EDWIN ASCENIO

## ORDER

Pursuant to the foregoing stipulation of the parties, **IT IS HEREBY ORDERED** that Plaintiff may file and serve a Third Amended Complaint with the Court on November 10, 2005.

Dated: November 10, 2005

                                        ELIZABETH D. LAPORTE
                                        U.S. MAGISTRATE JUDGE

*IT IS SO ORDERED* — Judge Elizabeth D. Laporte