PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P. BOBBY SHUKLA, ESQ. (STATE BAR NO. 229736)
PRICE AND ASSOCIATES
1611 Telegraph Avenue, Ste 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JORITA ADANANDUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORITA ADANANDUS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAFWAY SERVICES, INC., OSAI OSAI, ) <br> EDWIN ASCENIO, and DOES 1-10, inclusive, ) <br> ) <br> Defendants. ) <br> ) | NO. C05-2488 EDL <br><br> **STIPULATION TO DISMISS PURSUANT TO RULE 41(a)(1)** <br><br> HON. ELIZABETH D. LAPORTE |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their counsel that the entire action against all parties may be dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), due to settlement, with each party to bear their own costs and attorney fees.

Dated: May 23, 2006                     PRICE AND ASSOCIATES


                                        /s/
                                        PAMELA Y. PRICE, Attorneys for Plaintiff
                                        JORITA ADANANDUS

Dated: May 23, 2006                                  JACKSON LEWIS, LLP

_____                            /s/

                                                     SCOTT OBORNE, Attorneys for
                                                     Defendants
                                                     SAFWAY SERVICES, INC., OSAI OSAI,
                                                     EDWIN ASCENIO

### ORDER

For the reasons set forth in the Stipulation, and good cause appearing, **IT IS SO ORDERED.** The Clerk of the Court is directed to enter the dismissal and close the case.

Dated: __May 24, 2006__                              _____
                                                     ELIZABETH D. LAPORTE
                                                     U.S. MAGISTRATE JUDGE

